# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**VINCENT BUCCI,**

    **Plaintiff,**                  **CASE NO.: 3:23-cv-1433-MMH-JBT**

    vs.

**STEEL RIVER SYSTEMS, LLC,**
**and VYSTAR CREDIT UNION,**

    **Defendants.**
_____/

## JOINT MOTION FOR EXTENSION OF MEDIATION DEADLINE

Plaintiff Vincent Bucci ("Plaintiff") and Defendants Steel River Systems, LLC and Vystar Credit Union (hereinafter collectively referred to as the "Parties"), by and through undersigned counsel, respectfully request this Court enter an Order extending the mediation deadline. In support of their Joint Motion, the Parties would respectfully show the Court as follows:

1. Plaintiff filed his Complaint on December 7, 2023.

2. On February 8, 2024 the Court entered the Case Management and Scheduling Order establishing the mediation deadline as July 1, 2024. [Doc. 22].

3. Due to scheduling issues involving the mediation dates, mediator availability, and an extended federal trial, the Parties respectfully request the deadline be extended to August 31, 2024. The Parties are currently in the process of confirming a new mediation on August 28, 2024 with mediator Terry White.

4. This Court has authority to extend pretrial deadlines. Fed. R. Civ. P. 6(b). This is the Parties' first request for an extension of deadlines. This motion is not filed

for any improper purpose and is not requested for delay. Further, none of the parties will be prejudiced by an extension of these deadlines as all are in agreement regarding the need for additional time to conduct mediation.

WHEREFORE, the Parties respectfully request this Motion be granted, and the Court issue an Order extending the mediation deadline in this case until August 31, 2024.

### Rule 3.01(g) Certification

The Parties agree, and jointly request, the relief sought in this Joint Motion.

Respectfully submitted,

Dated: June 26, 2024

**STORY | GRIFFIN**
/s/ Austin Griffin, Esq.
Max Story, Esquire
Florida Bar No.: 527238
Austin J. Griffin, Esq.
Florida Bar. No.: 117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Telephone: (904) 372-4109
max@storylawgroup.com
austin@storylawgroup.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 26th day of June, 2024.

/s/ Austin Griffin, Esq.
Florida Bar: 117740