# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

VINCENT BUCCI,

    Plaintiff,

v.                                           Case No.   3:23-cv-1433-MMH-LLL

STEEL RIVER SYSTEMS, LLC and
VYSTAR CREDIT UNION,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 34; Stipulation) filed on October 31, 2024.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of November, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record